Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*King Spider LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING SPIDER LLC,<br><br>*Plaintiff*<br><br>v.<br><br>CHENGDUCHENGTISHANGMAOY, COLI&TORI, CONGSUIKA, FOSHAN STORE, HAIXIANGCUSTOM FACTORY, HANDANSHIWEIQINGPINGSHANGMAO YOUXIANGONGSI, JINHENGDA6254, KULUOHUI, LIN MENSWEAR STORE, LIU XING, MEILANFEI, MHICH CO.LTD, NAZINANKEJIYOUXIANGONGSI, SHEYON BEAUTY INC, VALUE SELECTIONS, XIAO HOME DEPT. CLOTHING STORE, XIAOMING CUSTOM FACTORY 3 and YUEKANGKEJI,<br><br>*Defendants* | **25-cv-3424 (KPF)**<br><br>**UNSEALING ORDER** |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __28__ day of __May__, 2025, at __11:30 a__.m.
New York, New York

*Katherine Polk Failla*
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE